# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3453
LT Case No. 16-2022-CF-002556-A

_____

AMBER LYNN KALIONTGIS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Matthew J. Metz, Public Defender, and Edward J. Weiss,
Assistant Public Defender, Daytona Beach, for Appellant.

Amber Lynn Kaliontgis, Ocala, pro se.

James Uthmeier, Attorney General, and Adam B. Wilson,
Assistant Attorney General, Tallahassee, for Appellee.

March 11, 2025

PER CURIAM.

   AFFIRMED. *See Parks v. State*, 371 So. 3d 392, 394 (Fla. 1st
DCA 2023); *O'Malley v. State* 378 So. 3d 672 (Fla. 5th DCA 2024).

MAKAR, BOATWRIGHT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____